UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                             Bankr. Case No. 19-01085-JAF-7

THOMAS GRANT                                              Chapter 7

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                               Americredit Financial Services, Inc. dba GM Financial
                               PO Box 183853
                               Arlington, TX  76096

                               By  /s/  Mandy Youngblood

                               Mandy Youngblood
                               PO Box 183853
                               Arlington, TX  76096
                               877-203-5538
                               877-259-6417
                               Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  Bankr. Case No. 19-01085-JAF-7

THOMAS GRANT  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 19, 2019 :

Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Robert Altman
PO Box 922
Palatka, FL 32178-0922

By    /s/ Mandy Youngblood
        Mandy Youngblood

xxxxx00678 / 985294